UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SEDRICK SIMMS (#533144) | CIVIL ACTION NO. |
| VERSUS | 21-612-JWD-SDJ |
| TIMOTHY HOOPER, ET AL | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 25, 2023 (Doc. 6), to which an objection was filed and considered, (Doc. 7);

**IT IS ORDERED** that Plaintiff's claims against the LSP Mental Health Department, claims for failure to protect, claims for deliberate indifference against Lisa Ramsey, Juan Manchester, Paul Smith, and Robert Wright, claims against Timothy Hooper for monetary damages, and claims against Vannoy for injunctive relief are dismissed pursuant to 28 U.S.C. §§ 1915(e) and 1915A and that the Court declines the exercise of supplemental jurisdiction over potential state law claims.

**IT IS FURTHER ORDERED** that this matter is referred back to the undersigned for further proceedings on the remaining claims: Plaintiff's claims for injunctive relief against Hooper regarding his mental health treatment and claims against Vannoy in his individual capacity for monetary damages.

Signed in Baton Rouge, Louisiana, on March 1, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1